# EXHIBIT B

# Linea Amano

## Lodi LI-1400

www.lineaamano.com



Material meets creativity. For decades stainless steel has been the preferred material for preparation areas in the cuisine industry, offering the best hygiene and aesthetics available. C-TECH-I has created Linea Amano to be more functional and cultivate an artistic sensitivity in your kitchen making them more practical in your home. To further enhance your kitchen area all sinks come with an inclusive accessory package designed to provide you with the most efficient working environment possible.
Thank you again and enjoy your new "Linea Amano" sink by C-TECH-I.



## Features

| | |
|---|---|
| Model # | LI-1400 |
| Description | SINGLE BOWL KITCHEN SINK |
| Material | PREMIUM 18/10 304 STAINLESS STEEL |
| Color | STAINLESS STEEL |
| Mounting options | DROP-IN |
| Finish | BOWLS AND SURFACE BRUSHED |
| Thickness | 16 GAUGE |
| Sound proofing | 10 POINT SOUND PAD SYSTEM |
| Construction type | PRESSED AND WELDED |
| Construction method | HAND MADE |
| Warranty | LIMITED LIFETIME |
| Overflow | NO |
| Drain size | 3 5/8", STANDARD USA, CA AND EUROPE SIZE |
| Certifications | CAN/CSA-B45/ANSI-A112.19/ANSI-Z124/MASS |
| FGP Compliant | YES |
| Fits cabinet size | MADE FOR CABINETS 33" AND LARGER |



## Inclusions:

Your Linea Amano sink includes the following accessories,
Paper template for cut-out       Mounting hardware
Set of bottom strainer/grids to protect your sink bottom
One deluxe deep drain , with retractable basket
One stainless steel pasta strainer



## Resources:

| | |
|---|---|
| Installation instructions | www.specs.ctechi.com/sinkinstall.pdf |
| Cleaning instructions | www.specs.ctechi.com/cleaning.pdf |
| Warranty information | www.specs.ctechi.com/warranty.pdf |
| DXF file | www.specs.ctechi.com/li-1400.dxf |

For your protection and to insure the highest quality and standards, all C-TECH-I products meet or exceed one or more of the regulatory certification marks for the USA, Canada and Europe.

   

Unique elegance and style